

# U.S. District Court

## Texas Western - San Antonio

**THIS IS A COPY**

Receipt Date: Jul 15, 2025 11:49AM

Mark Anthony Ortega
152 Bedingfeld
San Antonio, Texas 78231

Rcpt. No: 8106                Trans. Date: Jul 15, 2025 11:49AM                Cashier ID: #TT (6587)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #1023 | 07/4/2025 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |

**Comments:** 5:25-CV-00816, Ortega v. American-Amicable Life Insurance Company of Texas, et al

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov

SA25CA0816  FB  MJ-HJB