Mark Anthony Ortega
152 Bedingfeld Dr
San Antonio, TX 78231

U.S. District Clerk's office
262 West Nueva St Rm 1-400
San Antonio, TX 78207

SA25CA0816  FB  MJ-HJB