UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-25-CV-816-FB (HJB) |
| AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS, STAR POINTE ASSURANCE LLC, and ISAAC DESHON ARNOLD, | § § § § § § | |
| Defendants. | § § | |

**ORDER GRANTING PERMISSION
TO FILE ELECTRONICALLY**

Before the Court is *pro se* Plaintiff's Application for Permission to File Electronically. (Docket Entry 6). Pretrial and scheduling matters in this case were referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 3.)

It is hereby **ORDERED** that Plaintiff's motion (Docket Entry 6) is hereby **GRANTED**. Plaintiff may file documents electronically pursuant to the electronic filing requirements for a *pro se* litigant contained in the *Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases*. Additionally, if Plaintiff has not already done so, Plaintiff must register as a "Filing User" and receive a login and password to use the Court's electronic filing system. Both the Policies & Procedure and registration form mentioned can be found under the "CM/ECF" tab on the Western District of Texas' U.S. District Clerk's website (www.txwd.uscourts.gov).

**SIGNED** on July 22, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge