# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| **Mark Anthony Ortega** <br><br> *Plaintiff* <br><br> v. <br><br> **American-Amicable Life Insurance Company of Texas, Star Pointe Assurance LLC, and Isaac Deshon Arnold** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 5:25-cv-00816-FB-HJB |

## AFFIDAVIT OF SERVICE

I, James Hastings, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on July 23, 2025, at 10:26 am. I delivered these documents to American-Amicable Life Insurance Company of Texas in McLennan County, TX on July 24, 2025 at 1:22 pm at 425 Austin Avenue, Waco, TX 76701 by leaving the following documents with Darla Shaffer who as Registered Agent is authorized by appointment or by law to receive service of process for American-Amicable Life Insurance Company of Texas.

SUMMONS IN A CIVIL ACTION
PLAINTIFF'S ORIGINAL COMPLAINT
CIVIL COVER SHEET

White Female, est. age 55-64, glasses: N, Red hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=31.5569960582,-97.1318221071
Photograph: See Exhibit 1

Total Cost: $119.00

My name is James Hastings, I am 18 years of age or older, and my address is 510 Austin Avenue, Suite 25530, Waco, TX 76712, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in McLennan County, TX on 7/28/2025.

/s/ *James Hastings*

James Hastings
+1 (254) 663-2746
Certification Number: 20495
Expiration Date: 11/30/2025



Exhibit 1a)