EXHIBIT
3

| | |
|---|---|
| **From:** | Dave Jung |
| **Sent:** | Tuesday, October 28, 2025 3:52 PM |
| **To:** | 'Mark Ortega'; Earl Ingle |
| **Cc:** | Cary Slobin |
| **Subject:** | RE: Joint Rule 26(f) Report and Scheduling Recommendations - DUE 10/29 - Mark Ortega v. American Amicable Life Insurance, et al. |
| **Attachments:** | Proposed Scheduling Recommendations 4897-5721-8932 v.7.docx; AALI v. Ortega; 2025-10-00; Joint Rule 26 Report - FINAL 4906-1511-4100 v.5.docx |

Dear Mr. Ortega,

We have accepted the changes you made to the draft **Rule 26(f) Report**. Please let us know **if we have your permission to e-sign** on your behalf.

With respect to the **Scheduling Recommendations**, my client does not agree to your proposed 45-day extension of deadlines. Accordingly, Defendants will be submitting **separate Scheduling Recommendations.** Please also note that my client takes the position that you have breached the notice and cure provision in the prior settlement agreement, and that such breach cannot be cured at this time.

@Earl Ingle Earl, please let us know if we have your authority to **e-sign** the Rule 26(f) Report on your behalf. The same applies to the attached Scheduling Recommendations, which reflect the dates we have originally agreed to before Mr. Ortega's recent deadline extension request. The document also includes the explanation for the scheduling disagreement as required by the Court's September 26 order.

If you have any questions, please don't hesitate to reach out. As a reminder, the Joint Rule 26(f) Report, Scheduling Recommendations, and Consent Advisory regarding Magistrate Judge jurisdiction are all due tomorrow.

Thanks,
Dave


**NELSON MULLINS**

HYUNG CHUL "DAVE" JUNG  ATTORNEY
dave.jung@nelsonmullins.com

Admitted in NY and TX

5830 GRANITE PARKWAY | SUITE 1000

PLANO, TX 75024

T 469.484.4842   F 469.828.7217

NELSONMULLINS.COM   VCARD  VIEW BIO


**From:** Mark Ortega <mortega@utexas.edu>
**Sent:** Friday, October 24, 2025 12:35 PM
**To:** Dave Jung <dave.jung@nelsonmullins.com>
**Cc:** Earl Ingle <eingle@munsch.com>; Cary Slobin <cary.slobin@nelsonmullins.com>

**Subject:** Re: Joint Rule 26(f) Report and Scheduling Recommendations - DUE 10/29 - Mark Ortega v. American Amicable Life Insurance, et al.

**External Source/Sender notice**
Use caution responding or clicking links/attachments.
Report Suspicious

Hi Counsel,

Please see my proposed redlines to the Joint 26 Report. Also I was wanting an additional 45 days to all the dates you have on the proposed scheduling order to account for the 30 day notice and cure period between myself and American-Amicable. We can do one of two things:

Extended deadlines by 45 days so I can file a motion to dismiss without prejudice as to only AA and if it's not resolved after the 30 day period I will enjoin them again in the lawsuit; or
File a joint motion to stay proceedings to allow AA 30 days to cure.

Let me know what would work best.

Regards,
Mark Anthony Ortega

On Oct 23, 2025, at 11:05 PM, Dave Jung <dave.jung@nelsonmullins.com> wrote:

Mr. Ortega,

Attached are the draft Joint Rule 26(f) Report and Proposed Scheduling Recommendations. We've incorporated the points discussed during our Rule 26(f) conference on October 20.

Regarding the scheduling recommendations, defendants have extended the expert disclosure deadlines (Paragraphs 5–6) by three months to align with the agreed extension of the discovery deadline to August 2026.

Please feel free to complete the Rule 26(f) Report and return it with redlines for our review. We can handle filing the final Report and Scheduling Recommendations.

Thanks,
Dave



**HYUNG CHUL "DAVE" JUNG**  **ATTORNEY**
dave.jung@nelsonmullins.com

Admitted in NY and TX

5830 GRANITE PARKWAY | SUITE 1000

2