# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MARK ANTHONY ORTEGA**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 5:25-cv-00816-FB-HJB |
| | § | |
| **AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS, STAR POINTE ASSURANCE LLC, and ISAAC DESHON ARNOLD**, | § | |
| | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Defendant American-Amicable Life Insurance Company of Texas ("American-Amicable") and Plaintiff Mark Anthony Ortega hereby stipulate and agree that all claims and counterclaims asserted, or which could have been asserted, by either Mr. Ortega or American-Amicable against each other in the above-captioned action are hereby DISMISSED, with prejudice. American-Amicable and Mr. Ortega further stipulate and agree that they each shall be responsible for their own costs and attorneys' fees.

***SIGNATURE PAGE ATTACHED***

**I SO STIPULATE:**


*<u>/s/ Mark Anthony Ortega</u>*
Mark Anthony Ortega
Post Office Box 702099
San Antonio, TX 78270
mortega@utexas.edu
210.744.9663

*Pro se Plaintiff*


May 19, 2026

**WE SO STIPULATE:**


*<u>/s/ Cary Slobin</u>*
**CARY SLOBIN**
State Bar No. 00797445
cary.slobin@nelsonmullins.com
**LARRY KRISTINIK, III**
*Admitted Pro Hac Vice*
larry.kristinik@nelsonmullins.com
**HYUNG CHUL JUNG**
State Bar No. 24135292
dave.jung@nelsonmullins.com
**MORGAN B. THOMPSON**
*Admitted Pro Hac Vice*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
5830 Granite Parkway, Suite 1000
Plano, Texas 75024
Telephone: 469.484.6100
Facsimile: 469.828.7217

*Attorneys for American-Amicable Life Insurance Company of Texas*


May 19, 2026